UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| JAMISELLY U. PRYBYLSKI, <br><br> Plaintiff, <br> v. <br><br> RESURGENT CAPITAL SERVICES LIMITED PARTNERSHIP, <br> LVNV FUNDING LLC, <br><br> Defendants. | Case No. 1:16-CV-00666 <br><br> Hon. Robert J. Jonker |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jamiselly U. Prybylski, through her attorney of record, files this Notice of Dismissal, with no defendant having served either an answer or a motion for summary judgment.

This action is dismissed without prejudice as to all defendants.

Dated: June 2, 2016

/s/ Kristen L. Krol
Kristen L. Krol (P55103)
Law Office of Kristen L. Krol, P.L.C.
Attorney for Plaintiff
4710 W. Saginaw Highway, Suite C
Lansing, Michigan 48917-2654
517-321-6804 ♦ debtrlc@drlc.com